IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGIS Software Development, LLC<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE USA INC., HUAWEI DEVICE CO., LTD. AND HUAWEI DEVICE (DONGGUAN) CO., LTD.<br><br>Defendants. | CIVIL ACTION NO. 2:17-cv-513-JRG<br><br>LEAD CASE<br><br>**JURY TRIAL DEMANDED** |
| AGIS Software Development, LLC<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC.<br><br>Defendant. | CIVIL ACTION NO. 2:17-cv-515-JRG<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Defendants hereby notify the Court that **Michael A. Berta** of Arnold & Porter Kaye Scholer LLP, Three Embarcadero Center, 10th Fl., San Francisco, California 94111-4024 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendants, Huawei Device USA Inc., Huawei Device Co., Ltd., Huawei Device (Dongguan) Co., Ltd, and LG Electronics, Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Dated: November 27, 2017

Respectfully submitted by:

*/s/ Michael A. Berta*
Michael A. Berta
California SBN: 194650
Michael.Berta@apks.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center,
10th Floor
San Francisco, California 94111-4024
Tel: 415-471-3211

*COUNSEL FOR DEFENDANTS
HUAWEI DEVICE USA INC., HUAWEI
DEVICE CO., LTD. HUAWEI DEVICE
(DONGGUAN) CO., LTD.* and
*LG ELECTRONICS, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 27, 2017, a true and correct copy of the foregoing was served to the parties counsel of record via electronic mail pursuant to Local Rule CV-5(d).

*/s/ Michael A. Berta*
**Michael A. Berta**